UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 23, 2010

No. 09-1471

PATRICIA WILLIAMS,
Appellant

v.

COMMISSIONER OF SOCIAL SECURITY

(E.D. Pa. No. 2-07-cv-01832)

Present: SCIRICA, Chief Judge, JORDAN and COWEN Circuit Judges

1. Motion filed by Appellee Commissioner of Social Security to Publish Opinion.

2. Response by Appellant to Motion to Publish Opinion.

/s/Desiree White-Banks
Case Manager (267)299-4252

**O R D E R**

**The foregoing** motion to publish is granted. The Precedential Opinion is being simultaneously filed with this order.

**By the Court,**

/s/ Robert E. Cowen
**Circuit Judge**

**Dated:** April 1, 2010
DWB/cc:
  Robert Savoy, Esq.
  Allyson Jozwik, Esq.